# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TOAN CHUA HOANG, <br><br> Defendant. | No. CR06-319JLR <br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Toan Chua Hoang.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice. The outstanding warrant shall be quashed.

DATED this 19th day of June, 2017.

JAMES L. ROBART
United States District Judge

Presented by:
/s/ Sarah Y. Vogel
SARAH Y. VOGEL
Assistant United States Attorney

*Order of Dismissal* – 1
*U.S. v. Toan Chua Hoang; CR06-319JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970